UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TORAN V. PETERSON,

    Plaintiff,

v.

UNKNOWN CLOUSE, et al.,

    Defendants.
_____/

Case No. 1:19-cv-505

HONORABLE PAUL L. MALONEY

## ORDER ADOPTING REPORT AND RECOMMENDATION

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983. Plaintiff filed a motion for preliminary order ruling that Plaintiff can file grievances. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on December 17, 2019, recommending that this Court deny the motion. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 32) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for preliminary order ruling that Plaintiff can file grievances (ECF No. 3) is DENIED.

Dated: February 4, 2020

    /s/ Paul L. Maloney
    Paul L. Maloney
    United States District Judge